

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:07-CR-5** |
| | § | |
| **DEMECO GILL** | § | |

### MEMORANDUM ORDER
### ADOPTING FINDINGS OF FACT AND RECOMMENDATION
### ON DEFENDANT'S GUILTY PLEA

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*

*Before the United States Magistrate Judge* [Clerk's doc. #12].  The Magistrate Judge recommended

that the Court accept Defendant's guilty plea and conditionally accept the plea agreement.  He further

recommended that the Court finally adjudge Defendant as guilty on **Count 1** of the **Information**

filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that

the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #12] of the United States Magistrate Judge are **ADOPTED.**  The plea agreement is conditionally accepted by the Court at this time.  It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Demeco Gill, is hereby adjudged as guilty on **Count 1** of the charging **Information** charging violations of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

SIGNED this the 12 day of **March, 2007.**

_____
Thad Heartfield
United States District Judge